# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONIA SPADARO,<br><br>*Defendant.* | 1:25-MJ-322 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Mary Miller, being duly sworn, state the following:

1.  I entered duty with the Central Intelligence Agency Police (CIAP) in October 2019. Prior to entering duty, I completed the Uniformed Police Training Program at the Federal Law Enforcement Training Center, graduating in July 2019. I am a federal law enforcement officer as provided in Title 50 of the United States Code, Section 3515(a)(1).

2.  Additionally, I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), where I have been assigned since 2023. As a TFO with the FBI, I have received specialized training and have conducted numerous investigations relating to violations of the Virginia Code, the Code of Federal Regulations, and Title 18 of the United States Code.

3.  My duties as a TFO under FBI authorities include investigating criminal violations of the Virginia Code, Code of Federal Regulations, and Title 18 of the United States Code, and, as warranted, seeking prosecution of offenders.

4.  This affidavit is submitted in support of a criminal complaint charging that on or about May 22, 2025, in Fairfax County, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, Monia Spadaro, having received a visible or audible signal from a law-enforcement officer to bring her motor vehicle to a

stop, drove such motor vehicle in a willful and wanton disregard of such signal, so as to interfere with or endanger the operation of the law-enforcement vehicle or endanger a person, in violation of Title 18, United States Code, Section 13, assimilating Code of Virginia Section 46.2-817(B), and that, on that same date, Monia Spadaro also did operate a motor vehicle while under the influence of alcohol in violation of 32 C.F.R. 1903.4(b)(1)(i) while within the special maritime and territorial jurisdiction of the United States and on an agency installation and within the Eastern District of Virginia.

5. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during the course of this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include each, and every, fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

6. On or about May 22, 2025, at approximately 3:38 a.m., a gray Toyota Corolla traveled onto the Central Intelligence Agency (CIA) Headquarters (HQ) installation located in Fairfax County, Virginia, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia. The driver of the Toyota Corolla was traveling the wrong way (she entered the installation in the outbound lane of traffic), prompting a uniformed CIA Police Officer to activate the lights and sirens on a marked CIA Police vehicle and drive toward the suspect vehicle.

7. The driver did not stop after the signals were activated and instead continued toward the main security gate, while executing several reckless maneuvers by changing lanes from outbound to inbound and back to outbound lanes of travel. An additional marked CIA Police

vehicle was stationed at the security gate with emergency lights activated in an attempt to stop the suspect vehicle.

8. The Toyota Corolla disregarded all attempts to stop and continued toward the main security gate, while increasing its speed. A CIA Police Officer was positioned on foot near the security gate as the driver continued towards him and the gate at a high rate of speed. As the driver arrived at the gate, shots were fired, and the driver sustained a gunshot wound.

9. The driver then struck one of the barriers at the gate. The driver was subsequently extracted from the vehicle and taken into custody by CIA Police officers. She was identified as Monia SPADARO. SPADARO's vehicle registration bearing her name was in the car, and she was the sole occupant. SPADARO was transported to Fairfax INOVA Hospital for injuries sustained during the incident.

10. While at the hospital, SPADARO informed hospital personnel she had been at Patsy's (a bar and restaurant in Vienna, VA) and had been drinking. Additionally, a CIA police officer who rode in the ambulance with SPADARO, advised that SPADARO's eyes were glossy and bloodshot, and that she had an odor of alcohol coming from her person. SPADARO identified herself by name and date of birth to hospital personnel in front of CIA police.

11.     The front entrance to the CIA HQ is clearly labeled with multiple United States Government Property signs and two sets of do not enter signs on the outbound lanes of the property.



12.     I performed record checks and learned that SPADARO has a prior conviction in Virginia in 2021 for driving while under the influence of alcohol in violation of Virginia Code § 18.2-266.

## **CONCLUSION**

13. Based on the foregoing, I submit there is probable cause to believe that on May 22, 2025, in Fairfax County, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, MONIA SPADARO, having received a visible or audible signal from a law-enforcement officer to bring her motor vehicle to a stop, drove such motor vehicle in a willful and wanton disregard of such signal so as to interfere with or endanger the operation of the law-enforcement vehicle or endanger a person, in violation of Title 18, United States Code, Section 13, assimilating Code of Virginia Section 46.2-817(B) and probable cause that, on that same date, MONIA SPADARO also did operate a motor vehicle while under the influence of alcohol in violation of 32 C.F.R. 1903.4(b)(1)(i) while within the special maritime and territorial jurisdiction of the United States and on an agency installation and within the Eastern District of Virginia.

Respectfully submitted,

Task Force Officer Mary Miller
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on May 22, 2025.

Digitally signed by Ivan Davis
Date: 2025.05.23 11:39:06 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge